FILED
2021 Mar-22 AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# 13IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ASHLEY BOSTIC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| v. | ) | **5:21-cv-393-AKK** |
| | ) | |
| **GENERAL REVENUE** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| Defendant. | | |

## ORDER

Defendant's Unopposed Motions for Admission Pro Hac Vice of Jacob D. Rhode and Kyle R. Miller (docs. 4, 5) are **GRANTED**.

**DONE** this 22nd day of March, 2021.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**