# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ASHLEY BOSTIC, individually, and on behalf of all other similarly situated consumers, | ) ) ) ) Case No.: 5:21-cv-00393-AKK |
| Plaintiff, | ) ) |
| vs. | ) ) NOTICE OF SETTLEMENT |
| GENERAL REVENUE CORPORATION, | ) ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Ashley Bostic ("Plaintiff") and Defendant General Revenue Corporation ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 8th day of December 2021.

                                               Respectfully Submitted,
                                               */s/ Curtis R. Hussey*
                                               Curtis R. Hussey  (HUS 004)
                                               Gulf Coast ADR, LLC
                                               82 Plantation Pointe Road #288
                                               Fairhope, AL 36532
                                               Tel: (251) 928-1423
                                               gulfcoastadr@gmail.com
                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December 2021 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ecf filing system.

/s/ Curtis Hussey
Curtis Hussey