# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ASHLEY BOSTIC, individually and on behalf of all other similarly situated consumers,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GENERAL REVENUE CORPORATION,**<br><br>**Defendant.** | Civil Action Number<br>**5:21-CV-00393-AKK** |

## ORDER

Based on Ashley Bostic's representation that the parties have reached settlement, doc. 23, this action is **DISMISSED WITHOUT PREJUDICE**. In light of Bostic's expectation of "filing a voluntary dismissal of this action . . . within 60 days," *see id.*, the court will retain jurisdiction over the parties until February 7, 2022, or until Bostic files this stipulation of dismissal, whichever is sooner. At that point, the matter will be deemed dismissed with prejudice.

**DONE** the 10th day of December, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE